An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MELVIN RAY MCKISSIC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE JACK
B. AMES,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67487

FILED

APR 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus asks this court to order the respondent district court to grant petitioner's pretrial petition for a writ of habeas corpus and dismiss counts 7 through 13 of the charging document. We are not convinced that our intervention is warranted for two reasons. First, petitioner has not provided an appendix that includes a copy of any order, parts of the record before the respondent district court, or any other document "that may be essential to understand the matters set forth in the petition." NRAP 21(a)(4). Second, our review of a pretrial probable cause determination through an original writ petition is disfavored, *see Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 545-546, 612 P.2d 679, 680 (1980), and petitioner has not demonstrated that his challenge to the probable cause determination fits the exceptions we have made for purely legal issues, *see Ostman v. Eighth Judicial Dist. Court*, 107 Nev. 563, 565, 816 P.2d 458, 459-60 (1991); *State*

15-11328

*v. Babayan*, 106 Nev. 155, 174, 787 P.2d 805, 819-20 (1990). For these reasons, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.    _____, J.
Gibbons                         Pickering

cc:   Chief Judge, The Eighth Judicial District Court
      Hon. Jack B. Ames, Senior Judge
      Coyer Law Office
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk